| Trademark Name | Reg. Number |
|---|---|
| Mickey Mouse Design | 2704887 |
| Minnie Mouse Design | 2700619 |
| Donald Duck Design | 2700620 |
| Daisy Duck Design | 2704890 |
| Goofy Design | 2721608 |
| Pluto Design | 2707323 |
| Winnie the Pooh Design | 2704888 |
| Eeyore Design | 2704886 |
| Piglet Design | 2700618 |
| Lilo & Stitch | 2811097 |
| Cruise Line Device (Mouse Ears) | 2.243.889 |
| DISNEY CRUISE LINE | 2.286.563 |
| DISNEY MAGIC | 2.240.945 |
| DISNEY'S ANIMAL KINGDOM | 2.189.638 |
| DISNEY'S GRAND CALIFORNIAN HOTEL | 2.473.847 |

As it is impracticable to list all trademark registrations owned by Disney, the foregoing is a representative sampling only.

| | |
|---|---|
| DISNEYLAND | 1.037.788 |
| DISNEYLAND (Stylized) | 857.667 |
| DOWNTOWN DISNEY | 2.372.024 |
| EPCOT | 1.380.818 |
| Epcot Device | 1.407.987 |
| FORT WILDERNESS | 1.518.500 |
| HAPPIEST PLACE ON EARTH, THE | 2.281.559 |
| MAGIC KINGDOM | 1.072.396 |
| Mouse Ears Device | 1.524.601 |
| PARADISE PIER | 2.625.419 |
| Walt Disney Travel Company Logo (plane w/mouse ears silhouette) | 995.092 |
| WALT DISNEY WORLD | 980.955 |

As it is impracticable to list all trademark registrations owned by Disney, the foregoing is a representative sampling only.