AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

*DISNEY ENTERPRISES, INC.*

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: ***06-66T***

*GEORGE PATTON ASSOCIATES, INC.*

TO: (Name and address of defendant)

***George Patton Associates, Inc. Agent for Service***
***JAMES H. HAHN, ESQ.***
***PARTRIDGE SNOW & HAHN, LLP***
***180 SOUTH MAIN ST.***
***PROVIDENCE, RI 02903***

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

***Brent R. Canning (#5546)***
***Hinckley, Allen & Snyder LLP***
***1500 Fleet Center***
***Providence, RI 02903***

an answer to the complaint which is herewith served upon you, within ***20*** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

CLERK

2-8-06

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Services of the Summons and complaint was made by me (1) | DATE |
|---|---|
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with home the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
*Date* *Signature of Server*

____________________
*Address of Server*

I hereby accept service on behalf of George Patton Associates, Inc. as of February 15, 2006
[signature]
Steven E Snow (#1774)
Partridge Snow & Hahn LLP
180 South Main ST
Providence, RI 02903

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.