UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DISNEY ENTERPRISES, INC. | : | |
| Plaintiff, | : | |
| v. | : | Case No. 06-66T |
| GEORGE PATTON ASSOCIATES, INC. | : | |
| Defendant. | : | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1) Plaintiff hereby dismisses this action without prejudice.

DISNEY ENTERPRISES, INC.

By its Attorneys,

Brent R. Canning (#5546)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: 3/8/06

RECEIVED
MAR 08 2006
Property of U.S. District Court
District of Rhode Island

ENTER:

Ernest C. Torres
Chief U.S. District Judge
3/24/06